John R. Parker, Jr. (SBN 257761)
ALMEIDA LAW GROUP LLC
3550 Watt Avenue, Suite 140
Sacramento, CA 95821
Tel: (916) 616-2936
jrparker@almeidalawgroup.com

Brandon M. Wise (*pro hac vice*)
Domenica M. Russo (*pro hac vice*)
PEIFFER WOLF CARR KANE CONWAY &
WISE, LLP
One US Bank Plaza, Suite 1950
St. Louis, MO 63104
Tel: (314) 833-4825
bwise@peifferwolf.com
drusso@peifferwolf.com

*Attorneys for Plaintiff Brigette Hood*

Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
michael.esser@kirkland.com

Michael A. Glick (admitted *pro hac vice*)
Megan McGlynn (admitted *pro hac vice*)
Gabrielle Durling (admitted *pro hac vice*)
Mary-Kathryn Hawes (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
michael.glick@kirkland.com
megan.mcglynn@kirkland.com
gabi.durling@kirkland.com
mk.hawes@kirkland.com

*Attorneys for Defendant Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGETTE HOOD, individually and on behalf of herself and all others similarly situated,<br>            Plaintiff,<br><br>        v.<br><br>WALMART, INC.,<br>            Defendant. | Case No. 3:24-cv-03548-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Honorable Richard Seeborg |

1    Pursuant to Local Civil Rules 6-2 and 7-12, Plaintiff Brigette Hood and Defendant Walmart, Inc.

2    hereby stipulate as follows:

3    WHEREAS, in conjunction with the Joint Case Management Statement filed by the parties on

4    October 17, 2024 (ECF No. 35), the parties met and conferred regarding a briefing schedule pertaining to

5    Plaintiff's then-forthcoming Amended Complaint to permit Defendant to properly consider the Amended

6    Complaint and to accommodate scheduling conflicts;

7    WHEREAS, Plaintiff filed an Amended Complaint on October 21, 2024, ECF No. 37;

8    WHEREAS, the Court's Case Management Scheduling Order entered following the October 24,

9    2024 Case Management Conference did not specifically address the parties' agreed-upon briefing

10   schedule;

11   WHEREAS, out of abundance of caution, the parties submit this stipulation to confirm the briefing

12   schedule

13   IT IS THEREFORE STIPULATED AND AGREED, subject to the Court's approval, that the

14   following schedule shall govern any motion filed by Defendant in response to Plaintiff's First Amended

15   Complaint:

16   - Defendant shall file any responsive motion on or before <u>November 14, 2024;</u>

17   - Plaintiff shall file any opposition on or before <u>December 12, 2024</u>; and

18   - Defendant shall file any reply on or before <u>January 9, 2024</u>.

19   **IT IS SO STIPULATED**

20

21

22

23

24

25

26

27

28

1    DATED:  November 8, 2024                    Respectfully submitted,

2    ALMEIDA LAW GROUP LLC                       KIRKLAND & ELLIS LLP

3

4    *s/ John R. Parker, Jr.*                    *s/ Michael A. Glick*

5    John R. Parker, Jr. (SBN 257761)            Michael P. Esser (SBN 268634)
     ALMEIDA LAW GROUP LLC                       KIRKLAND & ELLIS LLP
6    3550 Watt Avenue, Suite 140                 555 California Street
     Sacramento, CA 95821                        San Francisco, CA 94104
7    Tel: (916)616-2936                          Tel: (415) 439-1400 / Fax: (415) 439-1500
     jrparker@almeidalawgroup.com                michael.esser@kirkland.com
8

9    Brandon M. Wise (*pro hac vice*)            Michael A. Glick (*pro hac vice* admitted)
     Domenica M. Russo (*pro hac vice*)          Megan McGlynn (*pro hac vice* admitted)
10   PEIFFER WOLF CARR KANE CONWAY               Gabrielle Durling (*pro hac vice* admitted)
     & WISE, LLP                                 Mary-Kathryn Hawes (*pro hac vice* admitted)
11   One US Bank Plaza, Suite 1950               KIRKLAND & ELLIS LLP
     St. Louis, MO 63104                         1301 Pennsylvania Avenue, N.W.
12   Tel: (314) 833-4825                         Washington, D.C. 20004
     bwise@peifferwolf.com                       Tel:  (202) 389-5000 / Fax: (202) 389-5200
13   drusso@peifferwolf.com                      michael.glick@kirkalnd.com
                                                 megan.mcglynn@kirkland.com
14   *Attorneys for Plaintiff Brigette Hood*     gabi.durling@kirkland.com
                                                 mk.hawes@kirkland.com
15

16                                               *Attorneys for Defendant Walmart, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

     On November 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using

3

the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All

4

copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

5

6

                              /s/ *Michael A. Glick*
                              Michael P. Esser

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court, having considered the Parties' Joint Stipulation Regarding Briefing Schedule for Defendant's Motion to Dismiss hereby ORDERS that the following schedule shall govern any motion filed by Defendant in response to Plaintiff's First Amended Complaint:

- Defendant shall file any responsive motion on or before <u>November 14, 2024</u>;

- Plaintiff shall file any opposition on or before <u>December 12, 2024</u>; and

- Defendant shall file any reply on or before <u>January 9, 2024</u>.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Richard Seeborg
United States Chief District Judge