John R. Parker, Jr. (SBN 257761)
ALMEIDA LAW GROUP LLC
3550 Watt Avenue, Suite 140
Sacramento, CA 95821
Tel: (916) 616-2936
jrparker@almeidalawgroup.com

Brandon M. Wise (*pro hac vice*)
Domenica M. Russo (*pro hac vice*)
PEIFFER WOLF CARR KANE CONWAY &
WISE, LLP
One US Bank Plaza, Suite 1950
St. Louis, MO 63104
Tel: (314) 833-4825
bwise@peifferwolf.com
drusso@peifferwolf.com

*Attorneys for Plaintiff Brigette Hood*

Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
michael.esser@kirkland.com

Michael A. Glick (*pro hac vice*)
Megan McGlynn (*pro hac vice*)
Gabrielle Durling (*pro hac vice*)
Mary-Kathryn Hawes (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
michael.glick@kirkland.com
megan.mcglynn@kirkland.com
gabi.durling@kirkland.com
mk.hawes@kirkland.com

*Attorneys for Defendant Walmart Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGETTE HOOD, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>    Defendant.<br>. | Case No.  3:24-CV-03548-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Judge: Honorable Richard Seeborg |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Brigette Hood and Defendant Walmart Inc., through their undersigned counsel, that all claims by Plaintiff in the above-captioned matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED that each party shall bear its own attorney's fees, costs, and litigation expenses.

DATED:  December 12, 2024

PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP

*/s/ Brandon M. Wise*
Brandon M. Wise

Brandon M. Wise (*pro hac vice*)
Domenica M. Russo (*pro hac vice*)
PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP
One US Bank Plaza, Suite 1950
St. Louis, MO 63104
Tel: (314) 833-4825
bwise@peifferwolf.com
drusso@peifferwolf.com


John R. Parker, Jr. (SBN 257761)
ALMEIDA LAW GROUP LLC
3550 Watt Avenue, Suite 140
Sacramento, CA 95821
Tel: (916) 616-2936
jrparker@almeidalawgroup.com


*Attorneys for Plaintiff Brigette Hood*

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Michael A. Glick (w/consent)*
Michael A. Glick

Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

Michael A. Glick (*pro hac vice*)
Megan McGlynn (*pro hac vice*)
Gabrielle Durling (*pro hac vice*)
Mary-Kathryn Hawes (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
michael.glick@kirkland.com
megan.mcglynn@kirkland.com
gabi.durling@kirkland.com
mk.hawes@kirkland.com

*Attorneys for Defendant Walmart Inc.*

1   John R. Parker, Jr. (SBN 257761)         Michael P. Esser (SBN 268634)
    ALMEIDA LAW GROUP LLC                      KIRKLAND & ELLIS LLP
2   3550 Watt Avenue, Suite 140                555 California Street
    Sacramento, CA 95821                       San Francisco, CA 94104
3   Tel: (916) 616-2936                        Tel: (415) 439-1400 / Fax: (415) 439-1500
    jrparker@almeidalawgroup.com               michael.esser@kirkland.com
4

5   Brandon M. Wise (*pro hac vice*)           Michael A. Glick (*pro hac vice*)
    Domenica M. Russo (*pro hac vice*)         Megan McGlynn (*pro hac vice*)
    PEIFFER WOLF CARR KANE CONWAY &            Gabrielle Durling (*pro hac vice*)
6   WISE, LLP                                  Mary-Kathryn Hawes (*pro hac vice*)
    One US Bank Plaza, Suite 1950              KIRKLAND & ELLIS LLP
7   St. Louis, MO 63104                        1301 Pennsylvania Avenue, N.W.
    Tel: (314) 833-4825                        Washington, D.C. 20004
8   bwise@peifferwolf.com                      Tel: (202) 389-5000 / Fax: (202) 389-5200
    drusso@peifferwolf.com                     michael.glick@kirkland.com
9                                              megan.mcglynn@kirkland.com
                                               gabi.durling@kirkland.com
10  *Attorneys for Plaintiff Brigette Hood*    mk.hawes@kirkland.com

11                                             *Attorneys for Defendant Walmart Inc.*

12                    **UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14   BRIGETTE HOOD, individually and on
     behalf of herself and all others similarly
15   situated,
                                                   Case No.  3:24-CV-03548-RS
16          Plaintiff,
                                                   **[PROPOSED] ORDER OF DISMISSAL**
17          v.
                                                   Judge: Honorable Richard Seeborg
18   WALMART INC.,

19
            Defendant.
20

21                          **[PROPOSED] ORDER**

22        THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

23   1. All of Plaintiff's claims in the above captioned matter be dismissed with prejudice pursuant to Federal

24      Rule of Civil Procedure 41(a)(1)(A)(ii).

25   2. Each party shall bear its own attorney's fees, costs, and litigation expenses.
26

27   DATED:                                    _____
                                               Hon. Richard Seeborg
28                                             UNITED STATES DISTRICT JUDGE

1

**ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1(i)(3)**

2

I, Brandon M. Wise, attest that any signatories indicated by a conformed signature (/s/) within

3

this e-filed document have approved, and concur in, this filing.  I declare under penalty of perjury under

4

the laws of the United States of America that the foregoing is true and correct.

5

6

       */s/ Brandon M. Wise*
       Brandon M. Wise

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2
     On December 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using

3
the CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF.  All

4
copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

5
                                        */s/ Brandon M. Wise*
                                        Brandon M. Wise

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28