| | |
|---|---|
| John R. Parker, Jr. (SBN 257761)<br>ALMEIDA LAW GROUP LLC<br>3550 Watt Avenue, Suite 140<br>Sacramento, CA 95821<br>Tel: (916) 616-2936<br>jrparker@almeidalawgroup.com | Michael P. Esser (SBN 268634)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel: (415) 439-1400 / Fax: (415) 439-1500<br>michael.esser@kirkland.com |
| Brandon M. Wise (*pro hac vice*)<br>Domenica M. Russo (*pro hac vice*)<br>PEIFFER WOLF CARR KANE CONWAY & WISE, LLP<br>One US Bank Plaza, Suite 1950<br>St. Louis, MO 63104<br>Tel: (314) 833-4825<br>bwise@peifferwolf.com<br>drusso@peifferwolf.com | Michael A. Glick (*pro hac vice*)<br>Megan McGlynn (*pro hac vice*)<br>Gabrielle Durling (*pro hac vice*)<br>Mary-Kathryn Hawes (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 389-5000 / Fax: (202) 389-5200<br>michael.glick@kirkland.com<br>megan.mcglynn@kirkland.com<br>gabi.durling@kirkland.com<br>mk.hawes@kirkland.com |
| *Attorneys for Plaintiff Brigette Hood* | *Attorneys for Defendant Walmart Inc.* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGETTE HOOD, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 3:24-CV-03548-RS<br><br>**ORDER OF DISMISSAL** Judge:<br><br>Honorable Richard Seeborg |

**ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1. All of Plaintiff's claims in the above captioned matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear its own attorney's fees, costs, and litigation expenses.

DATED: 12/13/2024

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE